# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: KENYATTE L. WILLIS  
1720 N. WINNEBAGO ST.  
ROCKFORD, IL  61103

SSN-xxx-xx-2884

Case Number: 04-75838

Case filed on: 11/23/2004  
Plan Confirmed on: 2/9/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $13,242.16          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | KENYATTE L. WILLIS | 0.00 | 0.00 | 505.01 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 505.01 | 0.00 |
| 001 | HOMECOMINGS FINANCIAL | 3,210.30 | 260.94 | 260.94 | 0.00 |
| 002 | WINNEBAGO CO SCHOOL CREDIT UNION | 8,000.00 | 8,000.00 | 8,000.00 | 2,274.41 |
| 003 | WINNEBAGO CO SCHOOL CREDIT UNION | 2,407.53 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 13,617.83 | 8,260.94 | 8,260.94 | 2,274.41 |
| 002 | WINNEBAGO CO SCHOOL CREDIT UNION | 5,659.42 | 0.00 | 0.00 | 0.00 |
| 004 | ADVANCE CASH EXPRESS | 750.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICAN CASH-N-GO | 1,463.97 | 0.00 | 0.00 | 0.00 |
| 006 | COLLECTION SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | FEATHERSTONE CLINIC | 202.06 | 0.00 | 0.00 | 0.00 |
| 008 | FIRST CONSUMERS NB MASTER TRUST | 756.36 | 0.00 | 0.00 | 0.00 |
| 009 | FRIEL CHIROPRACTIC CLINIC | 1,717.00 | 0.00 | 0.00 | 0.00 |
| 010 | PER MAR SECURITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | WINNEBAGO COUNTY SCHOOLS C.U. | 518.12 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 11,066.93 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 26,048.76 | 9,624.94 | 10,129.95 | 2,274.41 |

Total Paid Claimant:     $12,404.36  
Trustee Allowance:       $837.80  
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009          By  /s/Heather M. Fagan